

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Kelsey Lynn Brown,

Vs. No. 11-18-00346-CR

The State of Texas,

* From the 42nd District Court
   of Taylor County
   Trial Court No. 26011A.

* June 28, 2019

* Per Curiam Memorandum Opinion
   (Panel consists of: Bailey, C.J.,
   Stretcher, J., and Wright, S.C.J.,
   sitting by assignment)
   (Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we modify the judgment to reflect that Appellant pleaded "TRUE" to Paragraphs 5 through 8, 10, and 13 through 21 of the State's motion to adjudicate. As modified, we affirm the judgment of the trial court.